IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 21-cv-01687-CNS-MDB | Date: August 26, 2022 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| JOSE ARROYO | *Tod Duncan* |
| HEATHER BOEHM | *Genevieve Geiger* |
| SAMUEL CORDO | *Kristen Kendall* |
| AMBER MILLER | *Rachel Ryan* |
| **Plaintiffs** | |
| v. | |
| ALEXANDER HALL | *Thomas Werge* |
| JOSHUA MOORE | |
| TIMOTHY HOLCOMB | *Jonathan Abramson* |
| DUSTIN ROSS | |
| CHAD WEISE | |
| ANDREW PRIVETT | *Lucas Lorenz* |
| UNITED STATES OF AMERICA | *Amanda Berndt* |
| | *Jeffrey Nelson* |
| **Defendants** | |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

Court in Session: 9:00 a.m.

Appearance of counsel. Also present at the plaintiff table is Matthew Douglas.

The Court outlines the scope of today's hearing.

Directed argument as to [169] Motion for Summary Judgment to Set Aside the United States' Westfall Act Certification and Notice of Substitution by Mr. Nelson and Ms. Berndt with questions from the Court.

Directed argument as to [169] Motion for Summary Judgment to Set Aside the United States' Westfall Act Certification and Notice of Substitution by Mr. Duncan with questions from the Court.

**ORDERED:**   Request for additional testimony from the plaintiffs is DENIED.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:   Westfall certification is rejected and the substitution of the United States for the defendants on the state law tort claims of intentional infliction of emotional distress and civil conspiracy is hereby STRICKEN.  Those claims shall proceed against the individual defendants.**

**[169] Motion for Summary Judgment to Set Aside the United States' Westfall act Certification and Notice of Substitution is GRANTED.**

Court in Recess:  10:04 a.m.              Hearing concluded.              Total time in Court:  01:04