FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

May 22, 2023

Christopher M. Wolpert
Clerk of Court

---

JOSE ARROYO, et al.,

    Plaintiffs - Appellees,

v.

DEREK MYERS,

    Defendant - Appellant,

and

ALEXANDER HALL, et al.,

    Defendants.

No. 23-1137
(D.C. No. 1:21-CV-01687-CNS-MDB)
(D. Colo.)

---

**ORDER**

---

    This matter is before the court on: (1) appellees' *Motion to Dismiss*, in which appellees ask the court to dismiss this appeal for lack of a final order and thus of appellate jurisdiction; (2) appellant Derek Myers' response in opposition to the motion to dismiss.

    Upon consideration, the court:

A.    Refers the *Motion to Dismiss*—as well as Mr. Myers' response—to the panel of judges that will be assigned to consider this appeal on its merits: the court will not decide whether it has jurisdiction over this appeal at this time;

  B. Lifts the suspension of briefing; and

  C. Directs Mr. Myers to file his opening brief and appendix in this appeal on or before July 3, 2023.

Failure to timely file an opening brief and/or appendix may result in the dismissal of this appeal without further notice for failure to prosecute. *See* 10th Cir. R. 42.1.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Lisa A. Lee
          Counsel to the Clerk