IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01687-CNS-MDB

JOSE ARROYO,
HEATHER BOEHM,
SAMUEL CORDO,
AMBER MILLER,

    Plaintiffs,

v.

ALEXANDER HALL,
TIMOTHY HOLCOMB,
DEREK MYERS,
JOSHUA MOORE,
ANDREW PRIVETT,
DUSTIN ROSS,
CHAD WEISE,

    Defendants.

**NOTICE OF APPOINTMENT OF PRO BONO COUNSEL**

    AS DIRECTED by U.S. District Court Magistrate Judge Maritza Dominguez Braswell's October 23, 2024 Order Granting Appointment of Pro Bono Counsel as to Defendant Andrew Privett, and in accordance with D.C.COLO.LAttyR 15(f) of the U.S. District Court's Local Rules of Practice, the undersigned designated clerk has selected pro bono counsel.

    THE CLERK hereby notifies the court and the parties that attorneys Perry L. Glantz and Alex James Gunning of Stinson LLP have been selected. Selected counsel and their staff have preliminarily reviewed this case to determine if a conflict exists or other impediment to accepting this case; as it appears there is no such conflict at this time, they have informed the

court of their availability. Under D.C.COLO.LAttyR 15(g), appointed counsel has thirty days to either enter their appearance in the case or file a Notice Declining Appointment. The Clerk cautions Defendant Privett that in the interim, they are responsible for all other scheduled matters by court order or operation of the federal courts' rules of procedure, including appearances at hearings or depositions, and submitting responses to motions, discovery requests, etc.

ACCORDINGLY, the Clerk hereby enters this Notice of Appointment in this case, and will also send a copy of this Notice, the Appointment Order, and a copy of local rule D.C.COLO.LAttyR 15 - Civil Pro Bono Representation to the pro se litigant. A copy of this Notice will also be sent to appointed counsel by the undersigned designated clerk.

Dated at Denver, Colorado this  2nd  day of December, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/*A. Dubois*
A. Dubois
Civil Pro Bono Panel Administrator / Deputy Clerk