IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-01687-CNS-MDB

JOSE ARROYO,
HEATHER BOEHM,
SAMUEL CORDO and
AMBER MILLER

    Plaintiffs,

v.

BILLY EISCHEN,
CHRISTOPHER FERNANDEZ,
ALEXANDER HALL,
MICHAEL HARRIS,
TIMOTHY HOLCOMB,
DEREK MYERS,
JOSHUA MOORE,
ANDREW PRIVETT,
DUSTIN ROSS, and
CHAD WEISE,

    Defendants.

## DEFENDANT PRIVETT'S JOINDER IN THE MOTIONS TO STAY DISCOVERY

    Defendant Andrew Privett ("Mr. Privett"), by and through counsel, hereby submits the following Joinder in the Motions to Stay, as follows:

    1.    Defendants Myers, Moore, Hall, Ross, Weise, and Holcombe (collectively "Defendants") have filed three pending Motions to Stay Discovery. [#262], [#275], and [#277]. The Defendants' requests for a stay are all grounded in similar arguments that their pending Rule 12 Motions to Dismiss raise issues pertaining to jurisdiction and qualified immunity that must be addressed before the case proceeds into discovery.

Defendants also argue that a stay is justified by application of the factors outlined in *String Cheese Incident, LLC v. Stylus Shows, Inc.,* No. 02-CV-01934-LTB-PA, 2006 WL 894955 at *2 (D. Colo. Mar. 30, 2006).

2. Along with the other Defendants, Mr. Privett previously filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [#120] where he raised similar issues as those currently pending before this Court. Specifically, Mr. Privett argued, *inter alia*, that Plaintiffs failed to raise a proper *Bivens* claim, their conclusory allegations against him were insufficient under *Twombly* and *Iqbal*, he was entitled to qualified immunity, and Plaintiffs failed to exhaust their administrative remedies. *See id.* His Motion to Dismiss [#120], like the other Defendants, was denied without prejudice when the Westfall Certification was appealed. *See* Order Denying the Motions to Dismiss [#243]. The Defendants have since re-raised many of these issues in their pending Motions to Dismiss. [#261], [#274], and [#276].

3. Now that Mr. Privett has regained counsel, he intends to re-raise many of the issues outlined in his original Motion to Dismiss, including issues pertaining to jurisdiction and immunity. Therefore, for the reasons already well briefed by the Defendants, Mr. Privett hereby joins in the request for a stay of discovery until the Court resolves all of the Defendants' Motions the Dismiss.

Wherefore, Mr. Privett joins in the Defendants' Motions To Stay of Discovery, and respectfully requests the Court grant the same.

2

Respectfully submitted this 9th day of January, 2025.

*s/ Alex J. Gunning*
Perry L. Glantz
Alex J. Gunning
**STINSON LLP**
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Phone: 303.376.8405
Email: perry.glantz@stinson.com
Email: alex.gunning@stinson.com

*Attorneys for Defendant Andrew Privett*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2025 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*s/ Alex J. Gunning*
Alex J. Gunning

4