IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 21-cv-01687-CNS-MDB | Date: January 13, 2025 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

*Parties:*                                                                 *Counsel:*

Jose Arroyo, et al                                                     Kristen Kendall

    Plaintiffs,

v.

Alexander Hall, et al                                                Andrew Carafelli
                                                                                               Jonathan Abramson
    Defendants.                                                       Matthew Stevens
                                                                                             Alex Gunning

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**1:01 p.m.**      **Court in session.**

Court calls case. Appearances of counsel.

The parties supplement the motions to stay at ECF No.'s 262 (see also ECF No.'s 271, 280 and 281), 275 (see also ECF No.'s 285 and 296), and 277 (see also ECF No.'s 285 and 294) with additional argument in support of their respective positions.[1]

**1:24 p.m.**      **Court in recess.**
**1:29 p.m.**      **Court back in session.**

For reasons put forth on the record, the Court finds that the *String Cheese* factors weigh in favor of a stay. Accordingly, it is

**ORDERED**:   The motions to stay at ECF No.'s 262, 275 and 277 are **GRANTED**. A **STAY** is imposed pending resolution of the pending dismissal motions.

---

[1] **Post-Conference Note:**
The Court notes Defendant Privett's *Joinder* at ECF No. 306 and construes counsel's comments as a motion for leave to re-file a dismissal motion, which is GRANTED with a filing deadline of January 28, 2025.

Hearing concluded.

**1:38 p.m.     Court in recess.**

Total in-court time    00:32

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.