**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01687-CSN-MDB

JOSE ARROYO,
HEATHER BOEHM,
SAMUEL CORDO, and
AMBER MILLER,

    Plaintiffs,

v.

ALEXANDER HALL,
TIMOTHY HOLCOMB,
DEREK MYERS,
JOSHUA MOORE,
ANDREW PRIVETT,
DUSTIN ROSS, and
CHAD WEISE,

    Defendants.

_____

**MOTION TO WTHDRAW AS COUNSEL**
_____

Pursuant to D.C.COLO.LAtty 5(b), Rachel Ryan of Arnold & Porter LLP moves to withdraw as counsel of record for Plaintiffs Jose Arroyo, Heather Boehm, Samuel Cordo, and Amber Miller ("Plaintiffs"). In support, Ms. Ryan states:

1. As of February 22, 2025, Ms. Ryan will no longer be employed by Arnold & Porter.

2. Ms. Ryan must therefore cease representing Plaintiffs in this case.

3. Arnold & Porter will continue to represent Plaintiffs through the competent representation of Ed Aro, Kristen Kendall, and Andrew D. Bergman.

4. A copy of this motion will be served on all counsel of record and on Plaintiffs.

WHEREFORE, Ms. Ryan requests that she be withdrawn as counsel for all further proceedings in this matter.

Dated: February 21, 2025                      Respectfully submitted,

By:  /s/ Rachel Ryan
Rachel Ryan
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2569
(303) 863-1000
Rachel.Ryan@arnoldporter.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 21, 2025, I served the foregoing **MOTION TO WTHDRAW AS COUNSEL** via ECF on all counsel of record authorized to receive such notices.

Dated: February 21, 2025

                                                */s/ Rachel Ryan*
                                                Rachel Ryan